# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER WELLER, on behalf himself and all others similarly situated, | : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : : | |
| DOLLAR GENERAL CORP., DOLGENCORP, LLC, | : : | No. 17-2292 |
| Defendants. | : | |

## ORDER

AND NOW, on March 4, 2019, it is ORDERED that:

1.    Defendants Dollar General Corp. and Dolgencorp LLC's Motion for Leave to File Supplemental Brief Regarding Plaintiff Christopher Weller's Motion to Strike and for Sanctions (doc. 57) is GRANTED. I have considered Dolgencorp's supplemental brief attached to its motion and Weller's opposition.

2.    Weller's Motion to Strike and for Sanctions (doc. 47) is GRANTED in part and DENIED in part for the reasons expressed in the accompanying memorandum opinion.

3.    Weller may notice the depositions of William Dengler, Kristy Fusselman, Raymond Garcia, Marcia Hare, Parker Harris, Rodger Kreiser, Shawn Kreiser, Linday Mast, Jim Mehler, Erik Mingucha, Erin Murry, Kristina Nelson, Steven Rivera-Vega, Patrick Shaud, Gabriel Telford, and Israel Delgado, and other putative class members interviewed by Dolgencorp's counsel. Depositions shall be held within 60 days by telephone or at a location designated by Weller's counsel, relative to the contents of their declarations and related facts.

4.    Dolgencorp shall pay all legal fees and costs incurred by Plaintiff in the depositions.

5.    Weller shall file a Reply in Support of his Motion for Class Certification and

Conditional Collective Action Certification 30 days after this additional discovery has concluded.

BY THE COURT:

*/s/ Timothy R. Rice*   _____
TIMOTHY R. RICE
United States Magistrate Judge