**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER WELLER, on behalf of himself and all others similarly situated,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 5:17-cv-02292-JLS** |
| **DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC,** | § | |
| **Defendants.** | § | |

**ORDER GRANTING DEFENDANT DOLGENCORP, LLC'S UNOPPOSED MOTION TO UNSEAL THE COURT'S MARCH 2, 2022 MEMORANDUM ORDER**

Before the Court is Defendant Dolgencorp, LLC's Unopposed Motion to Unseal the Court's March 2, 2022 Memorandum Order. Having considered the Motion, which Plaintiff does not oppose, the Court finds good cause to unseal its March 2, 2022 Memorandum Order (the "Memorandum Order") [Dkt. 108] and making the Memorandum Order available for public access.

IT IS, THEREFORE, ORDERED, as follows:

1. Defendant Dolgencorp, LLC's Unopposed Motion to Unseal the Court's March 2, 2022 Memorandum Order is hereby **GRANTED**.

2. The Clerk shall file the Memorandum Order on the docket and make the Memorandum Order available for public access.

SO ORDERED on 14th day of SEPTEMBER, 2022.

HON. JEFFREY L. SCHMEHL
UNITED STATES DISTRICT JUDGE