IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER WELLER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOLLAR GENERAL CORPORATION,<br>DOLGENCORP, LLC,<br><br>Defendants. | Civil Action No. 5:17-cv-02292-JLS |

## ORDER GRANTING JOINT MOTION FOR FLSA SETTLEMENT APPROVAL

Plaintiff Christopher Weller ("Plaintiff") and Defendants Dollar General Corporation and Dolgencorp, LLC ("Defendants") have jointly moved this Court to approve their settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA").

This Court has reviewed the proposed Settlement Agreement and finds that it represents a fair and reasonable resolution of all of Plaintiff's claims and the bona fide disputes over the FLSA provisions. Accordingly, this Court approves the Parties' Settlement Agreement.

For these reasons, IT IS ORDERED that the Joint Motion for FLSA Settlement Approval be **GRANTED**.

SO ORDERED on 14th day of SEPTEMBER, 2022.

_____
HON. JEFFREY L. SCHMEHL
UNITED STATES DISTRICT JUDGE